FILED: August 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1622 (L)
(1:20-cv-00610-LO-IDD)

_____

DEWBERRY ENGINEERS INC., a New York corporation

   Plaintiff - Appellee

v.

DEWBERRY GROUP, INC., f/k/a Dewberry Capital Corporation, a Georgia corporation

   Defendant - Appellant

_____

No. 22-1845
(1:20-cv-00610-LO-IDD)

_____

DEWBERRY ENGINEERS INC., a New York corporation

   Plaintiff - Appellee

v.

DEWBERRY GROUP, INC., f/k/a Dewberry Capital Corporation, a Georgia corporation

   Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgments of the district court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK