**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 4, 2026

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.　22-1622 (L),　　Dewberry Engineers Inc. v. Dewberry Group, Inc.
　　　　　　　　　　　1:20-cv-00610-LO-IDD

TO:　　Dewberry Group, Inc.
　　　　Dewberry Engineers Inc.

RESPONSE DUE: 02/09/2026

Response is required to the notice requesting information regarding similar cases on or before 02/09/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

A. Walker, Deputy Clerk
804-916-2702