UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 22-1622 Dewberry Engineers, Inc. v. Dewberry Group, Inc.

Please select the appropriate option below:

☑ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☐ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: /s/ Jonathan C. Bond          Counsel for: Dewberry Group, Inc.

Date: Feb. 5, 2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)