**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

March 13, 2026

_____

TENTATIVELY CALENDARED CASE CONTINUED

_____

No.    22-1622 (L),    Dewberry Engineers Inc. v. Dewberry Group, Inc.
1:20-cv-00610-LO-IDD

TO: Counsel

You were previously notified of the tentative assignment of this case to an oral argument session. For scheduling reasons, your case has been continued. You will receive further notice from the court as soon as your case is assigned to another argument session.

N. Sims
Calendar Clerk
804-916-2714